**FORM 3**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED and TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LIMITED | : : : : : |
| Plaintiffs, | : : |
| v. | Court No. 26-00810 |
| UNITED STATES, | : : : |
| Defendant. | : : |

TO:    The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

---

1. (Name and standing of plaintiff):  Plaintiffs, Trina Solar Energy Development Co. Ltd. ("TEDC") and Trina Solar Science & Technology (Thailand) Ltd. ("TTL") are foreign producers and exporters of the merchandise subject to administrative review, crystalline silicon photovoltaic cells, whether or not assembled into modules, from the People's Republic of China.

   Plaintiffs participated as interested parties in the antidumping duty administrative review conducted by the U.S. Department of Commerce ("Commerce") that is contested here. Plaintiffs actively participated in the administrative review through the submission of factual information and written argument and, thus, are parties to the proceeding as defined in 19 C.F.R. § 351.102(b)(36).

   Therefore, Plaintiffs have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as interested parties who were parties to the proceeding identified below.

2. <u>(Brief description of contested determination)</u>:  Plaintiffs contest certain aspects of Commerce's final results in *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2022–2023* (Case No. A-570-979).  Commerce issued final results calculating antidumping duty margins for Plaintiffs for the period December 1, 2022, through November 30, 2023.

3. <u>(Date of determination)</u>:  Commerce issued its final results on December 15, 2025.

4. <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>: Commerce published its final results in the Federal Register on December 23, 2025 (90 Fed. Reg. 60060).

<u>/s/ Jonathan M. Freed</u>
Jonathan M. Freed
Kenneth N. Hammer
MacKensie R. Sugama
Didie Muller
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
jfreed@tradepacificlaw.com

*Counsel to Plaintiffs*

Dated: January 22, 2026

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

| | |
|---|---|
| Attorney-in-Charge<br>U.S. DEPARTMENT OF JUSTICE<br>International Trade Field Office<br>Commercial Litigation Branch - Civil Division<br>26 Federal Plaza – Room 346<br>New York, NY  10278 | Jeanne Davidson, Esq.<br>Director<br>Commercial Litigation Branch – Civil Division<br>U.S. DEPARTMENT OF JUSTICE<br>1100 L Street, NW<br>Room 12124<br>Washington, DC  20530 |
| General Counsel<br>U.S. DEPARTMENT OF COMMERCE<br>14th Street & Constitution Avenue, NW<br>Room 5875<br>Washington, DC  20230 | Chief Counsel<br>Office of the Chief Counsel for Trade Enforcement & Compliance<br>U.S. DEPARTMENT OF COMMERCE<br>14th Street and Constitution Ave., NW<br>Room 3622<br>Washington, DC 20230 |

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)